IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER HARRELL**                                                                  **PLAINTIFF**
**#195975**

**V.**                              **NO. 4:22-cv-001192-JM**

**HIGGINS**, *et al*.                                                            **DEFENDANTS**

### JUDGMENT

Consistent with the Order entered today, this case is DISMISSED, without prejudice.

IT IS SO ORDERED this 11th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE